# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| |
|---|
| **IN RE APPLICATION FOR DISCOVERY FOR USE IN FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

Civ. No. 17-4269-KM-JBC

**ORDER**

**THIS MATTER** having come before the Court upon (1) an application by petitioner Michael Page do Brasil Ltda. ("Page") for judicial assistance in obtaining evidence located in the United States pursuant to 28 U.S.C. § 1782 from respondent Robert Half International Inc. ("International") (DE 2); (2) Page's request to seal all docket entries that contain its identity and that the parties be permitted to use pseudonyms (DE 1); and (3) International's motion to strike certain exhibits that were attached to Page's application for discovery (DE 16); and Magistrate Judge James B. Clark having issued a Report and Recommendation (DE 25) that recommended (1) the denial of Page's application for discovery pursuant to § 1782; (2) the denial of Page's application to seal and proceed anonymously and (3) the grant in part and denial in part of International's motion to strike (DE 16); and Page having filed a timely Objection to the denial of the § 1782 discovery application, but to no other portion of the R&R; and this Court having reviewed Page's Objection (DE 29), International's opposition (DE 34), and Page's reply (DE 35), and having conducted a *de novo* review; for the reasons stated therein, and in the accompanying Opinion;

**IT IS** this 10th day of January 2019;

**ORDERED**, in conformity with the R&R, that Page's application (DE 1) to seal the pleadings and proceed anonymously is **DENIED**; and

**IT IS FURTHER ORDERED**, in conformity to the R&R, that International's motion (DE 16) to strike is **GRANTED** as to Exhibit 1 (DE 15-1) and **DENIED** as to the Abrusio Declaration (DE 15-2); and

**IT IS FURTHER ORDERED** that the Report and Recommendation (DE 25) is adopted and affirmed, with the exception of the finding on discretionary factor no. 2, as stated in the accompanying Opinion; and

**IT IS FURTHER ORDERED**, in conformity with the R&R, that Page's application § 1782 (DE 2) for judicial assistance in obtaining discovery in the United States is **DENIED** and that this case is **DISMISSED**.

The clerk shall close the file.

**Kevin McNulty**
**United States District Judge**